IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARVEY ALLEN HUGS,<br><br>Defendant. | 5:22-cr-50088-JLV<br><br>NOTICE OF APPEAL |

Notice is hereby given that Harvey Allen Hugs appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case (Docket 63) entered in this action on June 27, 2023.

Dated this 10th day of July 2023.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Jennifer Albertson*
        Jennifer Albertson
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        655 Omaha Street, Suite 100
        Rapid City, SD 57701
        Telephone: 605-343-5110; Facsimile: 605-343-1498
        filinguser_SDND@fd.org